FILED

SEP 0 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of ) | 1:09-mc-0039 OWW |
| ) | |
| JAMES A. DAVIS, ) | ORDER |
| ) | |
| _____ ) | |

    Good cause having been established, the Department of the Air Force shall provide to James A. Davis, an explanation for the Air Force's use of an RE2 code that pertains to Mr. Davis' discharge from service in the United States Air Force.

SO ORDERED.

DATED: September 9, 2009.

_____
Oliver W. Wanger
United States District Judge

1