# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of ) | 1:09-mc-0039 OWW |
| ) | |
| ) | ORDER VACATING ORDER |
| JAMES A. DAVIS, ) | |
| ) | |
| ) | |

   Based on a lack of jurisdiction in this matter, the Order entered September 9, 2009, is VACATED as improperly granted. This matter is CLOSED.

IT IS SO ORDERED.

Dated:   September 11, 2009            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1